**Order entered May 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00334-CV

## IN THE MATTER OF THE ESTATE OF MELVIN DON JONES

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-02191-1**

## ORDER

We **GRANT** the motion of attorney Niles Illich to substitute as counsel for appellees in the place of attorney Roger Fuller. We **DIRECT** the Clerk of this Court to remove Roger Fuller as counsel and add Niles Illich as lead counsel for appellees.

/s/     ELIZABETH LANG-MIERS
          JUSTICE